```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                                  6/17/2025

                          CENTRAL DISTRICT OF CALIFORNIA
                           BY:      MMC        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL JONGYON PARK,<br>　aka "Steve,"<br><br>　　　　Defendant. | CR 5:25-CR-00208-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2339A: Providing and Attempting to Provide Material Support to Terrorists; 18 U.S.C. § 371: Conspiracy to Manufacture Unregistered Destructive Devices; 26 U.S.C. § 5861(f), 18 U.S.C. § 2(a): Aiding and Abetting the Manufacture of Unregistered Destructive Devices; 18 U.S.C. §§ 981(a)(1)(C), (a)(1)(G), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

　　At all times relevant to this Indictment:

　　1.　Beginning in at least 2016, defendant DANIEL JONGYON PARK ("PARK"), also known as "Steve," posted messages online regarding his pro-mortalism and anti-natalism ideology.  Pro-mortalism and anti-natalism ideology promotes the view that individuals should not be

born without their consent, that people should not have children, and that death is preferable to life.

2. Beginning in at least 2014, co-conspirator Guy Edward Bartkus ("co-conspirator Bartkus"), posted messages online regarding his support for pro-mortalism and anti-natalism ideology.

3. Defendant PARK resided in the state of Washington.

4. Co-conspirator Bartkus resided in Twentynine Palms, California.

5. Beginning in at least 2024 and continuing through at least May 2025, defendant PARK worked in the shipping department for a company in the state of Washington ("Company 1").

6. Defendant PARK had a debit card with Bank of America, N.A. ending in the last four digits 3258 ("PARK's Debit Card 1").

7. Defendant PARK had a debit card with Bank of America, N.A. ending in the last four digits 7707 ("PARK's Debit Card 2").

8. Ammonium nitrate was an explosive precursor that could be used to manufacture bombs.

9. The Grand Jury incorporates and realleges the allegations set forth in these Introductory Allegations in each of Counts One through Three below.

//
//
//

COUNT ONE

[18 U.S.C. § 2339A]

Beginning on a date unknown, and continuing through on or about May 17, 2025, in Riverside County and San Bernardino County, within the Central District of California, and elsewhere, defendant DANIEL JONGYON PARK, also known as "Steve," provided and attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel and tangible property, namely, himself and ammonium nitrate, knowing and intending that it be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 2332(a)(2) (Use of a Weapon of Mass Destruction).

COUNT TWO

[18 U.S.C. § 371]

A. OBJECT OF THE CONSPIRACY

1. Beginning on a date unknown and continuing through on or about May 31, 2025, in Riverside County and San Bernardino County, within the Central District of California, and elsewhere, defendant DANIEL JONGYON PARK, also known as "Steve," conspired and agreed with others known and unknown, including co-conspirator Guy Bartkus, to commit an offense against the United States, that is, to manufacture unregistered destructive devices in violation of Title 26, United States Code, Section 5861(f).

B. MANNER AND MEANS OF THE CONSPIRACY

2. The object of the conspiracy was to be accomplished in substance as follows:

   a. Defendant PARK and co-conspirator Bartkus would research ways to build bombs and obtain precursor chemicals to manufacture bombs.

   b. Defendant PARK and co-conspirator Bartkus would use encrypted messaging applications to communicate with each other and would take steps to conceal their communications, including setting their messages to automatically delete.

   c. Defendant PARK and co-conspirator Bartkus would meet and conduct chemical experiments to make, attempt to make, and prepare to make bombs.

   d. Defendant PARK would keep bomb-building recipes, explosive mixtures, and other precursor chemicals inside of his residence.

   e. Defendant PARK would purchase explosive precursor chemicals, including large quantities of ammonium nitrate.

   f. After purchasing large quantities of ammonium nitrate, defendant PARK would ship, and cause the shipment of, the ammonium nitrate to co-conspirator Bartkus, including the shipment of approximately 90 pounds of ammonium nitrate on or about May 6, 2025.

   g. On or before May 17, 2025, co-conspirator Bartkus would assemble a destructive device, namely a bomb, using defendant PARK's ammonium nitrate.

C. <u>OVERT ACTS</u>

 3. In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendant PARK and co-conspirator Bartkus committed various overt acts within the Central District of California and elsewhere, including but not limited to the following:

 <u>Overt Act No. 1</u>: On January 16, 2016, on a social media platform post that stated, "The fundamental premise is to question whether or not we should have children," defendant PARK posted the following comment: "It's only normal that things that want to live will live.  So any mistake you make must make you suffer."

 <u>Overt Act No. 2</u>: On January 16, 2016, defendant PARK posted on a social media platform, within a forum titled "r/antinatalism," by publishing a public message asking, "What should we do as a group?" and then answering, "If you do nothing, other people will just keep giving birth and you would be stopping nothing for more suffering."

 <u>Overt Act No. 3</u>: On January 26, 2016, defendant PARK posted on a social media platform, within a forum titled

5

"SanctionedSuicide," with a public message stating: "When I wanted to kill myself, I wanted to blow my body up in midair or something cool I can't think of right now.  I'm gonna die, what's to lose, right?  Is there?  If I decide to die, I'll probably still decide to do something like that."

<u>Overt Act No. 4</u>:   On February 28, 2016, on a social media platform, defendant PARK published a public post asking, "Anyone else chose to live as sacrificing yourself for the sake of preventing more suffering?" and later answering: "When people are lost and distraught, death is always an option."

<u>Overt Act No. 5</u>:   On March 21, 2016, defendant PARK posted on a social media platform, within a forum titled "r/antinatalism," the following public message: "You're trying to make AN active and that's what matters, I like the intention, it's the method that needs a reworking.  Even the most universally hated ideas like racism has an organization in KKK.  That's what we need to do.  We need to organize and then we can act productively towards a stronger AN community."

<u>Overt Act No. 6</u>:   On October 25, 2022, defendant PARK purchased approximately 50 pounds of ammonium nitrate from an online store ("Explosives Website 1").

<u>Overt Act No. 7</u>:   On February 4, 2024, defendant PARK purchased approximately 45 pounds of ammonium nitrate from Explosives Website 1.

<u>Overt Act No. 8</u>:   On June 26, 2024, defendant PARK purchased approximately 45 pounds of ammonium nitrate from Explosives Website 1.

Overt Act No. 9: In July 2024, defendant PARK traveled to the areas of Palm Springs and Twentynine Palms, California, to meet with co-conspirator Bartkus.

Overt Act No. 10: On December 26, 2024, defendant PARK purchased approximately 45 pounds of ammonium nitrate from Explosives Website 1 and concealed he was purchasing the precursor chemical by listing a family member's name as the purchaser.

Overt Act No. 11: On January 15, 2025, defendant PARK shipped to co-conspirator Bartkus's residence in Twentynine Palms, California, four packages of ammonium nitrate addressed to "Anya Folger" and listing Company 1 as the sender.

Overt Act No. 12: On January 22, 2025, co-conspirator Bartkus asked an artificial intelligence search engine and chat application about making the explosive mixture "ANFO by mixing ammonium nitrate" with a fuel to produce "a higher detonation velocity."

Overt Act No. 13: On January 22, 2025, in response to the artificial intelligence search engine and chat application's answer, co-conspirator Bartkus stated the following: "Well, to counter a few of your points, for example, point number two that you made, it's known that certain types of fuels, when mixed with ammonium nitrate, can produce very significantly varying results in terms of detonation velocity."

Overt Act No. 14: As of at least January 22, 2025, defendant PARK communicated with co-conspirator Bartkus on an encrypted messaging application that was set to automatically delete messages.

Overt Act No. 15: On January 25, 2025, defendant PARK traveled to California to stay with co-conspirator Bartkus at co-conspirator Bartkus's residence in Twentynine Palms, California.

<u>Overt Act No. 16</u>:  During the period of January 25, 2025, to February 8, 2025, defendant PARK and co-conspirator Bartkus conducted chemistry experiments at co-conspirator Bartkus's residence in Twentynine Palms, California, specifically in co-conspirator Bartkus's bedroom and in the detached garage where co-conspirator Bartkus kept bomb-making materials.

<u>Overt Act No. 17</u>:  Between January 25, 2025, and February 8, 2025, while staying at co-conspirator Bartkus's residence, defendant PARK took steps to conceal his identity by pretending his name was "Steve."

<u>Overt Act No. 18</u>:  On February 8, 2025, defendant PARK attempted to purchase a chemical in the name "Guy Bartkus" from an online retail website that sells chemical products ("Website 2"), using defendant PARK's Debit Card 1.

<u>Overt Act No. 19</u>:  On February 8, 2025, defendant PARK attempted to purchase a chemical in the name "Dan Park" from Website 2, using defendant PARK's Debit Card 1.

<u>Overt Act No. 20</u>:  On February 8, 2025, defendant PARK purchased a chemical from Website 2, using defendant PARK's Debit Card 1, to be shipped to "Dan Park" at co-conspirator Bartkus's residence in Twentynine Palms, California.

<u>Overt Act No. 21</u>:  On February 8, 2025, defendant PARK caused the shipment of a chemical to co-conspirator Bartkus.

<u>Overt Act No. 22</u>:  On March 21, 2025, defendant PARK posted on a social media platform within the "r/antinatalism" forum with the following question: "Any Antinatalists or adjacent around WA state or PNW USA?" and stating: "Considering our position, I like the extra

security of Signal app, but I understand if most people prefer Discord."

Overt Act No. 23:  On April 1, 2025, co-conspirator Bartkus posted on a social media platform stating "Yes" in response to a post titled "If you had the technology to wipe out a tribe of people on an isolated island and no one would know about it after the tribe's life was gone, would you press the button to end their suffering and speed up the process of extinction of life on Earth?"

Overt Act No. 24:  On April 16, 2025, in response to a post titled "It's okay to simply exist," co-conspirator Bartkus posted on a social media platform the following message: "There's nothing to thank society for.  It forced you here, without your consent.  This is like thanking a rapist for raping you 'softly' or some shit.  Fuck that."

Overt Act No. 25:  On May 1, 2025, defendant PARK searched "IVF" on Google.

Overt Act No. 26:  On May 1, 2025, defendant PARK searched Google Earth in the Palm Springs and Twentynine Palms, California areas.  One of the locations that PARK zoomed in on was a hotel that was less than two miles from the fertility clinic that co-conspirator Bartkus bombed.

Overt Act No. 27:  On May 6, 2025, defendant PARK purchased approximately 90 pounds of ammonium nitrate from Explosives Website 1, using the name "Guy Barktus" and defendant PARK's Debit Card 2.

Overt Act No. 28:  On May 6, 2025, defendant PARK caused approximately 90 pounds of ammonium nitrate to be shipped to co-conspirator Bartkus's residence in Twentynine Palms, California.

<u>Overt Act No. 29</u>:  On May 13, 2025, defendant PARK accessed an online version of a book related to engineering explosives.

<u>Overt Act No. 30</u>:  On May 16, 2025, defendant PARK accessed a YouTube video titled "Shooting an AR-15 very quickly!"

<u>Overt Act No. 31</u>:  On May 16, 2025, defendant PARK searched Google for "sympathetic detonation," which is the unintended detonation of one explosive charge by the detonation of a nearby explosive charge.

<u>Overt Act No. 32</u>:  On or before May 17, 2025, co-conspirator Bartkus constructed an explosive device, namely a bomb, using, among other things, the ammonium nitrate provided by defendant PARK.

<u>Overt Act No. 33</u>:  Beginning on at least February 24, 2025, and continuing to May 17, 2025, co-conspirator Bartkus operated a pro-mortalist, anti-natalist website called promortalism.com.

<u>Overt Act No. 34</u>:  On May 17, 2025, co-conspirator Bartkus drove a car containing a destructive device, namely a bomb, and an AR-style rifle to a fertility clinic in Palm Springs, California.

<u>Overt Act No. 35</u>:  On May 17, 2025, at approximately 10:48 a.m. PDT, co-conspirator Bartkus detonated a destructive device, namely a bomb, within a car at the fertility clinic in Palm Springs, California, causing his death, injuries to several persons, and destruction and/or damage to multiple buildings, including the fertility clinic.

<u>Overt Act No. 36</u>:  On May 17, 2025, around approximately 8:00 a.m. PDT, shortly before the bombing, defendant PARK conducted multiple searches using an artificial intelligence search engine and chat application to gather information about concealing his involvement in the Palm Springs bombing.  Among other things,

defendant PARK searched for information about the following: "[I] made a shipment a few months ago.  Is there a way authorities can be prevented from finding out about this shipment?" and "fictionally, a person made a shipment a few months ago.  Cops investigate this person, but need to not find out about the shipment or it's a plot hole.  Advice?"

<u>Overt Act No. 37</u>:  On May 17, 2025, prior to detonating the bomb at the fertility clinic, co-conspirator Bartkus publicly posted on his promortalism.com website, an online manifesto, a countdown to the bombing, and a video of the bombing.  Within co-conspirator Bartkus's manifesto posted to his promortalism.com website, co-conspirator Bartkus acknowledged that by bombing the fertility clinic, he would be "causing destruction and probably possibly death," that a pro-mortalist seeks to "make the death thing happen sooner rather than later in life," and that "IVF is like kinda the epitome of pro-life ideology so see fuck IVF, fuck IVF clinics."

<u>Overt Act No. 38</u>:  On May 31, 2025, defendant PARK possessed in his bedroom at his residence the following: laboratory equipment; explosive mixture recipes, including a recipe using ammonium nitrate and a fuel; and explosive precursor chemicals, including approximately 945 grams of powder ammonium nitrate and solid fuels.

1 COUNT THREE

2 [26 U.S.C. § 5861(f); 18 U.S.C. § 2(a)]

3 Beginning on a date unknown and continuing to on or about
4 May 17, 2025, in Riverside County and San Bernardino County, within
5 the Central District of California, and elsewhere, defendant DANIEL
6 JONGYON PARK, also known as "Steve," knowingly aided, abetted,
7 counseled, induced, and procured the manufacture of a destructive
8 device, knowing it to be a destructive device, as defined in Title
9 26, United States Code, Sections 5845(a)(8) and (f), and which had
10 not been registered in the National Firearms Registration and
11 Transfer Record as required by Chapter 53, Title 26, United States
12 Code.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FORFEITURE ALLEGATION ONE

[18 U.S.C. §§ 981(a)(1)(C), (a)(1)(G), and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), (a)(1)(G), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count One of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in all of the defendant's assets, foreign or domestic;

   (b)  All right, title and interest in any assets, foreign or domestic, affording the defendant a source of influence over any entity or organization engaged in planning or perpetrating any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property;

   (c)  All right, title, and interest in any asset, foreign or domestic, acquired or maintained by the defendant with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property;

   (d)  All right, title, and interest in any asset, foreign or domestic, derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property;

      (e)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), (c), or (d).

    3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Three of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any firearm involved in any such offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court;

//
//
//
//

(d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

SARAH E. GERDES
Assistant United States Attorney
Deputy Chief, Terrorism and
Export Crimes Section

ANNA P. BOYLAN
Assistant United States Attorney
Terrorism and Export Crimes
Section