UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **5:25-cr-00208-AB**   Date: **06/18/2025**

Present: The Honorable **A. Joel Richlin, United States Magistrate Judge**

Interpreter **N/A**   Language **N/A**

| Claudia Garcia-Marquez | C/S 06/18/2025 | Sara Gerdes/Ana Boylan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  **In Custody**     Attorneys for Defendants:  ✔ Present  **Retained**

Daniel Jongyon Park                                                          David I Paek

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case / Initial Appearance   Appointment of Counsel

* Defendant is arraigned and the Court does not question defendant as to true name.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Andre Birotte Jr.
* It is ordered that the following dates and times are set: Jury Trial: 08/12/2025 8:30 AM;
Status Conference: 07/07/2025 1:30 PM
* Government counsel provides trial estimate of 5-7 days.
* Judge Birotte Jr is located in 7B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA      Initial Appearance/Appointment of Counsel: 00 : 00
  ✔ USMLA    USMED    USMSA                              Arraignment: 00 : 04
    Statistics Clerk    Interpreter
    CJA Supervising Attorney    Fiscal        Initials of Deputy Clerk: CGM by NN