**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:25-CR-00208-AB |
| v. | |
| Daniel J. Park | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

6/18/25
Date

_[Defendant's Signature]_
Defendant's Signature

Los Angeles, CA
City and State

## APPEARANCE OF COUNSEL

I, DAVID PAEK _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

6/18/25
Date

162511
California State Bar Number

_[Attorney's Signature]_
Attorney's Signature

3450 Wilshire Blvd Ste 610
Street Address

Los Angeles, CA 90010
City, State, Zip Code

(213) 383-3310
Telephone Number    Fax Number

paek898@yahoo.com
E-mail Address

CR-14 (01/07)            DESIGNATION AND APPEARANCE OF COUNSEL