```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  DAVID T. RYAN
    Assistant United States Attorney
 3  Chief, National Security Division
    SARAH E. GERDES (Cal. Bar No. 306015)
 4  Deputy Chief, Terrorism and Export Crimes Section
    ANNA P. BOYLAN (Cal. Bar No. 322791)
 5  Assistant United States Attorneys
    Terrorism and Export Crimes Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone:  (213) 894-4699/2170
 8       E-mail:     sarah.gerdes@usdoj.gov
                     anna.boylan@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-CR-00208-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF DEFENDANT'S DEATH; MOTION TO DISMISS INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a); PROPOSED ORDER |
| v. | |
| DANIEL JONGYON PARK, aka "Steve," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Sarah E. Gerdes and Anna P. Boylan, hereby notifies the Court that the government received notice of defendant Daniel Jongyon Park's death from the Federal Bureau of Prisons on June 24, 2025.  Based on this, the

//

//

government moves to dismiss the indictment against defendant Daniel Jongyon Park in the above-referenced matter under Rule 48(a) of the Federal Rules of Criminal Procedure.[1]

Dated: June 26, 2025                    Respectfully submitted,

                                            BILAL A. ESSAYLI
                                            United States Attorney

                                            DAVID T. RYAN
                                            Assistant United States Attorney
                                            Chief, National Security Division

                                            */s/ Sarah E. Gerdes*
                                            SARAH E. GERDES
                                            ANNA P. BOYLAN
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

---

[1] Under Rule 48(a) of the Federal Rules of Criminal Procedure, "the government may, with leave of court, dismiss an indictment, information, or complaint."