BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
SARAH E. GERDES (Cal. Bar No. 306015)
Deputy Chief, Terrorism and Export Crimes Section
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4699/2170
     E-mail:    sarah.gerdes@usdoj.gov
                anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:25-CR-00208-AB |
|      Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT BASED ON DEFENDANT'S DEATH |
|      v. | |
| DANIEL JONGYON PARK,<br>  aka "Steve," | |
|      Defendant. | |

     The Court has read and considered the Government's Notice of
Defendant's Death and Motion to Dismiss the Indictment, filed on June
26, 2025, which is herein incorporated by reference.  The Court finds
that there is good cause to dismiss the indictment in the above-
referenced matter against defendant Daniel Jongyon Park based on his
death.

//

//

//

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby dismisses the indictment.

IT IS SO ORDERED.

_____                    _____
DATE                                               HONORABLE ANDRÉ BIROTTE JR.
                                                   UNITED STATES DISTRICT JUDGE

Presented by:

_/s/ Sarah E. Gerdes_____
SARAH E. GERDES
ANNA P. BOYLAN
Assistant United States Attorneys