TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
SARAH E. GERDES (Cal. Bar No. 306015)
Assistant United States Attorney
Deputy Chief, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4699
     E-mail:   sarah.gerdes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| v. | |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that Assistant United States Attorney Sarah E. Gerdes is departing the United States Attorney's Office, and all of the cases in

//

//

**Attachment A** should have the contact information for Assistant United States Attorney Sarah E. Gerdes replaced with the generic USAO email used for docketing.

Dated: December 11, 2025          Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

/s/
―――――――――――――――――――
SARAH E. GERDES
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

# ATTACHMENT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2:01-cr-00448
2:05-cr-00572
2:05-cr-00870
2:07-cr-00812
2:10-cr-00825
2:11-cr-00520
2:11-cr-00935
2:14-cr-00173
2:14-cr-00499
2:15-cr-00707
2:17-cr-00175
2:17-cr-00239
2:18-cr-00612
2:18-cr-00876
2:18-cv-03376
2:19-cr-00613
2:19-cr-00668
2:19-cr-00669
2:19-cr-00670
2:19-cr-00727
2:19-cr-00750
2:19-cr-00759
2:19-cv-08257
2:20-cr-00006
2:20-cr-00053
2:20-cr-00108
2:20-cr-00386
2:20-cv-00262
2:20-cv-00993
2:21-cr-00444
2:22-cv-03911
2:24-cr-00770
2:90-cr-00613
2:95-cr-00285
5:25-cr-00208
8:19-cr-00047
8:19-cr-00176